**Exchange National Bank of Chicago; Arnold Schwartz and Philip Simon, Trading as Fine Arts Building, Appellees, v. Abraham Teitelbaum, Appellant.**

Gen. No. 46,423.

First District, Third Division.

February 2, 1955.

Released for publication February 25, 1955.

Abraham Teitelbaum, attorney pro se, appellant; Perlman, Goodman, Hecht & Chesler, for appellees. Opinion by JUSTICE FEINBERG. **Not to be published in full.**